
RECEIVED
IN MONROE, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| MICHAEL ANDERSON<br>D.O.C. #118644 | CIVIL ACTION NO. 05-1350<br>SECTION P |
| VS. | JUDGE JAMES |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**THUS DONE AND SIGNED**, in chambers, Monroe, Louisiana, on this 23 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE